UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION


RODERICK TALLEY                                              PLAINTIFF


VS.                               CIVIL ACTION NO. 3:24-CV-367-TSL-RPM


CITY OF DURANT, MISSISSIPPI, ET AL.                         DEFENDANTS


ORDER

This cause is before the court on the May 1, 2026 report and recommendation of United States Magistrate Judge Robert P. Myers recommending that pro se plaintiff Roderick Talley's in forma pauperis (ifp) status be revoked, that his November 21, 2025 motion to proceed in ifp be denied and that he be granted a reasonable time in which to pay the filing fee.  Plaintiff has not submitted any objections to the report and recommendation, and the time to do so has passed.

After reviewing the record and relevant legal authority, the court finds that the magistrate judge's report and recommendation should be adopted in its entirety as it is neither clearly erroneous nor contrary to law.  It follows that plaintiff's ifp status should be revoked, his November 21, 2025 ifp motion should be denied and he will be given a reasonable time in which to pay the filing fee.

1

Based on the foregoing, it is ordered that the report and recommendation is adopted in its entirety as the finding of this court.  It is further ordered that plaintiff's ifp status is revoked, that his November 21, 2026 ifp motion is denied and that he shall pay the required filing fee by Wednesday, June 17, 2026, or the court will dismiss this case without further notice.

SO ORDERED this the 18th day of May, 2026.


/s/ Tom S. Lee_____
UNITED STATES DISTRICT JUDGE

2